**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1838**

WILLIAM SCOTT DAVIS, JR.,

             Plaintiff - Appellant,

        v.

ALBERT SINGER, Wake County Attorney, North Carolina; ANTHONY
MORRISS, Wake County Bal, North Carolina; ERIC CHASSE, Wake
County District Judge, North Carolina,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Louise W. Flanagan,
District Judge.  (5:08-cv-00186-FL)

Submitted:  December 15, 2015       Decided:  December 17, 2015

Before GREGORY and FLOYD, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

William Scott Davis, Jr., Appellant Pro se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Scott Davis, Jr., seeks to appeal the district court's order denying his motion to reopen. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Davis v. Singer, No. 5:08-cv-00186-FL (E.D.N.C. July 2, 2015). We deny Davis' motions for recusal and to consolidate. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2